UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: LUIS E RIVERA ) Case No. 19 B 16985
JACQUELINE H RIVERA )
Debtors ) Chapter 13
)
) Judge: CAROL A DOYLE

## NOTICE OF MOTION

LUIS E RIVERA                                             CUTLER & ASSOC
JACQUELINE H RIVERA                              via Clerk's ECF noticing procedures
2808 OWL LN
ROLLING MEADOWS, IL 60008

Please take notice that on July 16, 2019 at 9:15 am my designee or I will appear before the Honorable Judge CAROL A DOYLE at 219 South Dearborn Courtroom 742, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL or by the methods indicated on July 01, 2019.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On June 14, 2019 the Debtors filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtors has caused unreasonable delay that is prejudicial to creditors by failing to:

Debtor to provide required pay advices and copies of 4 years tax returns or transcripts.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE                                   /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900